**LILLY, Agent, etc., et al., Movants, v. BRANDENBURG et al.,**
**Opposed.**

Court of Appeals of Kentucky.

(Decided June 22, 1937.)

GRANT E. LILLY for movant.

G. MURRAY SMITH, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**MILLER et al., Movants, v. FARRINGTON et al., Opposed.**

Court of Appeals of Kentucky.

(Decided June 22, 1937.)

ALBERT M. KARNES for movant.

BERRY & REED, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Cross-appeal dismissed for want of jurisdiction.

**GAYHEART et al., Appellants, v. RAWLEIGH COMPANY et al.,**
**Appellees.**

Court of Appeals of Kentucky.

(Decided Sept. 28, 1937.)

J. C. BURNETTE and JOHN W. CAUDILL for appellants.

L. C. SLONE and H. H. SMITH for appellees.

PER CURIAM.

Appeal denied. Judgment affirmed.